IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENYATTA JOLIVET,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>    Defendant. | 8:22CV207<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Filing No. 73). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and without costs or disbursements to any of the parties.

Dated this 1st day of December, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge